DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PARADISE BANK,**
Appellant,

v.

**VITO BUCARIO, et al.,**
Appellee.

No. 4D21-3379

[November 17, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County, John S. Kastrenakes, Judge; L.T. Case No. 50-2013-CA-009467.

Terrance W. Anderson, Jr. of Nelson Mullins Riley & Scarborough, LLP, Boca Raton, and Rebecca A. Rodriguez of Nelson Mullins Riley & Scarborough, LLP, Fort Lauderdale, for Appellant.

Michael J. Labbee and Tyler A. Hayden of Phillips, Hayden, and Labbee, St. Petersburg, for Appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***